**AFFIDAVIT**

I, Carlos R. Lopez, Task Force Officer with Homeland Security Investigations, hereinafter referred to as "HSI", being duly sworn, depose and state as follows:

## I.    BACKGROUND

1. I am a Task Force Officer (TFO) with HSI and have been for approximately thirteen years. Your Affiant is, therefore, an officer of the United States who is empowered to conduct investigations of, and to make arrest for, the offenses enumerated in Title 19, *United States Code,* Section 1401(i) and is authorized to enforce all Customs and related laws, conduct searches, make seizures and arrests, and perform other law enforcement duties authorized by law.

2. Your affiant is currently assigned to the Homeland Security Investigations Office in Ponce, Puerto Rico and is conducting investigations of organized crime, money laundering, narcotics, child exploitation, firearms, and any other federal violations. Before being employed by Homeland Security Investigations, your affiant served as a criminal investigator for the Puerto Rico Police Department San Juan Intelligence Division, for approximately 6 years. Before this, your affiant served as a Municipal Police Officer in Ponce, Puerto Rico, for approximately 6 years.

3. I have drafted this Affidavit for the limited purpose of establishing probable cause for the violations listed on the attached Criminal Complaint and therefore have not included all the facts of this investigation. Based upon my personal knowledge and information furnished to me by other state law enforcement officers, I am fully aware and allege the following facts to the true and correct.

4. Based on the facts below, I believe there is probable cause that **Luis E.**

**VARGAS TORRES** has committed violations of Title 18, United States Code, Section 922(g)(1).

II.    **PROBABLE CAUSE**

5. On April 3rd at approximately 9:10am, the Puerto Rico Police Department (PRPD), Narcotics Division in Yauco, received information from a source regarding the unlawful possession and use of firearms by a male identified as Luis VARGAS TORRES (Luis Corozo) and his wife Hecmarie SUAREZ MERCADO. The information provided specified that these two suspects were living at Monte Verde and that they have a Mitsubishi Outlander white in color, bearing license plate KRA-349. It also stated that VARGAS TORRES was always armed with a black pistol with an extended magazine and that he and SUAREZ MERCADO would often go at night to El Cerro Ward in Yauco to conduct shootings.

6. On April 4, 2026, at 8:30pm, PRPD agents conducted a planned surveillance at the mentioned address in Monte Verde in Yauco to corroborate the information. At that time agents observed the white Mitsubishi Outlander at SUAREZ MERCADO's house. At 9:44pm approximately, agents observed the couple exiting the house and boarding the white Mitsubishi Outlander. Agents proceeded to follow the suspects' vehicle through various streets in Yauco. The suspects took PR-368, then 128 and then they went inside Pacheco Street to dead end, at El Cerro Ward in Yauco.

7. This house had previously been searched by agents through a Search Warrant and the owner had been identified as Joel Pietri, identified as the administrator of El Cerro Ward drug point. Agents observed VARGAS TORRES outboarding the vehicle from the front passenger seat, while placing a black pistol on his belly area, as he entered the house. Minutes later VARGAS TORRES exited the house with a black shoulder

3

bag and an extended green military-type bag on hands which he placed inside the vehicle's trunk.

8. As the vehicle started moving from the house, PRPD Agents followed the vehicle through many streets without losing contact with it. PRPD agents proceeded to stop the Mitsubishi Outlander at PR 368 street in front of Yauco old cemetery. Using marked units, PRPD agents identified themselves and ordered suspects out of the vehicle. During the incident search, agents found one Glock Pistol on VARGAS TORRES' belly area, loaded with an extended magazine and 23 ammunitions.

9. As both subjects were detained, PRPD Agents observed another extended magazine in the passenger's floor area. Finally, PRPD agent verified the vehicle trunk for safety reasons and based on the observations of the surveillance, and they observed a green military bag open with a rifle-type firearm inside, matching the description of the bag they observed during the surveillance. PRPD agents seized all evidence found to include;

- One Rifle 7.62x39 cal. Serial number PAC1166599

- One Pistol Glock mod. 23 .40 cal. Serial number BTUU605

- Six Rifle Magazines 7.62x39 cal.

- One Drum magazine .223mm cal.

- Two Pistol Magazines .40 cal.

- One Pistol Magazine 9mm cal.

- Forty-four ammunition 7,62x39 cal.

- Twenty ammunition 300 cal.

- Seventy-seven ammunition .223 cal.

- Twenty-five ammunition 9mm cal.

- Forty-two ammunition .40 cal.

- One Green Military Bag, US

- One Sholder Black bag, Nautica

- One TCL Cellphone Black in color.

- One Motorola Cellphone Grey in color.

- One Samsung Cellphone Black in color.

10. After seizing all the evidence, PRPD agents transported the suspects to the Yauco Narcotics Police Station to continue with the process. Ater the intervention PRPD agents notified HSI Ponce agents about the intervention and arrest.

11. At 11:52pm HSI agents read SUAREZ MERCADO her Miranda rights which she understood and proceeded to sign. SUAREZ MERCADO stated that she works in a Pizza restaurant named Gastacione, located inside a Sunoco gas station in Peñuelas Puerto Rico, SUAREZ MERCADO stated that on April 4, 2026 she worked until 3:00pm, then went to her home and later went shopping for some goods. SUAREZ MERCADO stated that approximately at 8:00pm or 9:00pm her partner Luis E. VARGAS TORRES asked her to go to town. They went to some places near the 25 de Mayo Street at El Cerro Ward and VARGAS TORRES went inside a guy's house, which she identified as Pietri, to talk to him and that VARGAS TORRES picked up a bag from that house and put it inside the vehicle's trunk. SUAREZ MERCADO further stated that she knew VARGAS TORRES had been imprisoned in the past and that he was always armed with a black pistol.

12.      SUAREZ MERCADO stated that after they left the place, when they were close to the old cemetery in Yauco, a marked Police vehicle Charger stopped them. SUAREZ MERCADO stated that PRPD agents took them out of the vehicle and arrested them. SUAREZ MERCADO stated that she saw all evidence seized in the Police Station.

13.      On April 5, 2026, at 12:29am HSI agents read Luis E. VARGAS TORRES his Miranda rights which he understood proceeded to sign. VARGAS TORRES stated that his partner Hecmarie SUAREZ MERCADO took him to El Cerro Ward to pick some stuff. VARGAS TORRES stated that they went to a house that belonged to a male named Jose. VARGAS TORRES stated that he picked up a green bag and a black bag in Jose's house and that he put the green bag into the vehicle's trunk and the black bag he maintained with him and put it inside the vehicle, in passengers' area. VARGAS TORRES stated that he is the owner of the vehicle and he shared it with SUAREZ MERCADO. VARGAS TORRES stated that when they departed from the house and were near the old cemetery in Yauco, Police officers stopped them. VARGAS TORRES stated that he had the pistol on his waist and that all evidence seized during the intervention belongs to him, and that his wife doesn't know anything about it.

14.      After the interviews, HSI agents asked VARGAS TORRES and SUAREZ MERCADO about the cellphones seized from them. SUAREZ MERCADO, voluntarily, gave HSI agents the consent to search for her cellphone and gave them the numeric code. VARGAS TORRES, declined to give consent to search his two cellphones, to HSI agents.

15.      During the cellphone occupation process, agents found inside the Grey Motorola case cover that belonged to VARGAS TORRES, one deck containing

fentanyl and one small plastic bag clear, containing cocaine. PRPD Narcotics agents conducted a field test yielding positive for both controlled substances respectively.

16.    A preliminary inspection of SUAREZ MERCADO's phone revealed a conversation between her and VARGAS TORRES in which a picture of multiple firearms appears. Said text exchange happened just the day prior to their arrest.



17.    Further investigation by HSI revealed that both VARGAS TORRES and SUAREZ MERCADO are convicted felons with prior criminal records. On 2010, VARGAS TORRES was sentenced to two years of state prison while SUAREZ MERCADO was sentenced in 2025 to five years of state probation.

18.    Based on my training and experience, no Glock pistols firearms or their ammunition, nor rifles or their ammunition (7.62x39 in caliber), including the type seized, are manufactured in the Commonwealth of Puerto Rico and therefore, the

investigation concluded the firearm and ammunition in this case were transported through interstate or foreign commerce.

19.     I believe that the evidence found during this investigation is consistent to show that there is material evidence present of a commission of a violation of Title 18, United States Code, Section 922(g)(1) Felon in Possession of a firearm and ammunition.

CARLOS R LOPEZ   Digitally signed by CARLOS
SANTIAGO         R LOPEZ SANTIAGO
                 Date: 2026.04.06 17:21:35
                 -04'00'

Carlos R. Lopez Santiago
Task Force Officer
Homeland Security Investigations

Sworn pursuant to FRCP 4.1 at 6:55 PM by telephone, this 6th day of April 2026.

Hon. Marcos E. López
U.S. Magistrate Judge
District of Puerto Rico